*NEW CASE*



David B. Turner JR (ProPer)
BKG# 15780644/BLD#4B/Cell#231
446 Alta Rd Suite#5300
San Diego California 92158

United States District Court
Southern District of California

| | |
|---|---|
| David B. Turner JR v. Walmart (Defendants) | New Case # Unfair Practices of Racism by Walmart employee's Demand $ 7,000,000.00 |

(Demands Jury Trial and monetary compensation)

David B. Turner JR is a Walmart Customer that was called nigger, bitch and other slanderuos names, after buying chicken from Walmart on 12-12-2015, at 2121 Imperial Ave. Walmart. Turner has ongoing mental de-stress and went to jail because of the above. Turner's grandmother that was 101 years old was called bitch, by some one that Walmart gives premission to work on there property, in San Diego California. Turner has P.T.S.D. and was called all the above names by these John Doe's Walmart employee's. (See attachments) Turner is now in jail and having problems with ongoing injury's because of lack of safe-conduct by Walmart employee's. Turner is having oppressive pretrail incarceration because of the above! This is correct and True David B. Turner JR

[signature] 4/9/2016

* NEW CASE *
3 of 8

EAST COUNTY BRANCH
East County Regional Center
250 East Main Street, 6th Floor
El Cajon, CA 92020
619-579-3316
Fax: 619-441-4744

SOUTH BAY BRANCH
303 H Street, Suite 400
Chula Vista, CA 91910
619-498-2001
Fax: 619-498-2039

# County of San Diego

## DEPARTMENT OF THE PUBLIC DEFENDER

**RANDY MIZE**
CHIEF DEPUTY, PRIMARY PUBLIC DEFENDER

**PRIMARY PUBLIC DEFENDER**
**CENTRAL BRANCH**
450 B Street, Suite 900
San Diego, CA 92101
619-338-4700
619-338-4811 FAX

NORTH COUNTY BRANCH
400 S. Melrose Drive, Suite 200
Vista, CA 92028
760-945-4000
Fax: 760-726-1308

DELINQUENCY SECTION
8525 Gibbs Drive, Suite 105
San Diego, CA 92123
858-974-5757
Fax: 858-974-5858

March 25, 2016

David Turner
Booking No. 15780644
George Bailey Detention Facility
446 Alta Road, Suite 5300
San Diego, CA 92158-0002

Dear Mr. Turner,

Enclosed please find the transcript of the preliminary hearing held in case SCD264707.

Please contact me at 619-338-4765 if you have any questions.

Sincerely,

Sarah E. Veleker
Deputy Public Defender
San Diego Office of the Public Defender

*NEW CASE*
4 of 8



**SYNOPSIS:**

On 12/12/2015 at 1927 hours, officers responded to a call of a male that punched an elderly male and threatened another male with a metal pole. The suspect was described as a black male wearing a military hat and carrying a back pack.

Upon arrival, Francis MORRISON (victim) was located outside of the Wal-Mart Store at [redacted] Avenue. MORRISON was bleeding from his nose and told Officer Chang #7119 that he was punched by a black male after he told the male not to take a shopping cart from the parking lot.

As Officer Chang was speaking with the victim, Officer Riis #6574 contacted a black male matching the description on the suspect, walking towards Commercial Street. The male was carrying a metal pipe approximately five feet in length.

Officer Riis ordered the male to stop and sit on the ground. The male suspect dropped the metal pipe and complied with Officer Riis' commands. The suspect (later identified as David TURNER) told Officer Riis he was being harassed by Wal-Mart employees that wouldn't let him take a shopping cart. TURNER also told Officer Riis that an old man called him a "bitch' and had a bloody nose because he was "in his way".

Officer Burnett #7118 arrived to assist Officer Riis and took TURNER into custody. Officer Riis was approached by a Wal-Mart shopper that told Officer Riis she witnessed TURNER (who was standing by a patrol vehicle) threatening people with a pole.

As officers were conducting witness checks, Officer Maraschiello #7350 spoke with a second victim, Michael GLEICH. He told Officer Maraschiello that he saw TURNER on top of MORRISON as three women were trying to get TURNER off of MORRISON. TURNER grabbed a pole out of a shopping cart and swung it at MORRISON. GLEICH approached them to assist the females helping MORRISON. GLEICH stated that TURNER then swung the pole at him, hitting him on his right bicep.

Officer Chang checked for any possible video surveillance from Wal-Mart, but the incident was not within range of the exterior cameras. The metal pole was impounded as evidence. TURNER was admonished and answered, "Yes" to both questions. In his statement to Officer Burnett, he admitted to slapping MORRISON because he was talking too much. TURNER was booked into Central jail for assault with a deadly weapon.

**INVESTIGATION:**

On 12/14/2015, I received this case as an investigative follow up. I reviewed the reports and evidence submitted with the case. I tried to contact MORRISON at the phone number he provided to Officer Chang.

Reporting Investigator Det. C. Quentin ID #5458 Division Central Inv.
Approved By Juan Sanchez #5378, Sgt. Date of this Report 12/15/15 Time 1203 HOURS

**SAN DIEGO POLICE DEPARTMENT**
**Central Investigations**

**INVESTIGATOR'S FOLLOW-UP REPORT**

**DATE:** December 12, 2015

**TIME:** 1927-2015 hours

**LOCATION:** 2121 Imperial Avenue San Diego, CA 92113

**SUBJECT:** Follow up Investigation on SDPD Case # 15053385 – Incident #15120019308

**CHARGES:** 245(A) (1) PC – Assault with a deadly weapon / 242 PC - Battery

---

**VICTIM:** **MORRISON, Francis Joseph** (242 PC victim)

**VICTIM:** **GLEICH, Michael** (245A1 PC victim)

**WITNESS:** **MOSCHERA, Angela**

**WITNESS:** **CHURCHHILL, Tiffany**

**SUSPECT:** **TURNER, David Bryan**
B/M - 36
DOB: 7/17/1979
ADDRESS: Transient
[redacted]

**EVIDENCE:**

BWC video
Photo CD
4' metal pole

Reporting Investigator DETECTIVE. C. QUENTIN ID #5458 Division Central Investigations

| CONTINUED FROM | | PAGE | INCIDENT NUMBER |
|---|---|---|---|
| CRIME REPORT | SAN DIEGO REGIONAL CRIME/INCIDENT REPORT | 2 of 5 | 15120019308 |
| | | | CASE NUMBER 15053385 |

## SUSPECT(S)

| ARRESTED | SUSPECT NAME (LAST, FIRST MIDDLE) | NICKNAME/AKA |
|---|---|---|
| Y | Turner, David | |

| RACE | SEX | AGE | DOB | HEIGHT | WEIGHT | BUILD | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|---|---|
| B | M | 36 | 07/17/1979 | 6'03" - 6'03" | 190 - 190 | NOR - NOR | BRO | BRO |

| SUSPECT'S ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| | | | (NO ADDRESS LISTED, B |

ID
[redacted]

ADDITIONAL INFORMATION / FURTHER SUSPECT DESCRIPTION (I.E. GLASSES, TATTOOS, TEETH, BIRTHMARKS, JEWELRY, SCARS, ETC.

SUSPECT'S CLOTHING
Military hat, dark clothing

| HAIR LENGTH/TYPE | HAIR STYLE | FACIAL HAIR | COMPLEXION | GENERAL APPEARANCE | DEMEANOR | SPEECH | VOICE |
|---|---|---|---|---|---|---|---|
| SHORT 5. WIRY | 9. WAVY/CURLY | 9. UNSHAVEN | 5. MEDIUM | 1. CASUAL | 1. ANGRY | 9. TALKATIVE | 0. UNKNOWN |

## EVIDENCE

Body Camera
Body Camera Evidence Collected

| EVIDENCE OBTAINED | TAG NUMBERS |
|---|---|
| 3. WEAPON/TOOLS | 10563322 |
| 5. PHOTOS | 10563321 |

See Evidence Collection Section for Details

WITNESS CHECK

## OFFICER ASSAULT (OAK)

| VEHICLE TYPE | NUMBER OFFICERS WITH PERSONAL INJURY | ACTIVITY WHEN ASSAULT OCCURRED |
|---|---|---|
| | NUMBER OFFICERS WITHOUT PERSONAL INJURY | |

## ARSON

| ARSON TYPE | DESCRIPTION | CONTENT LOSS $ | STRUCT LOSS $ | ABANDONED |
|---|---|---|---|---|
| | | | | |

## EVIDENCE COLLECTION

Officer's Investigation
I conducted the following attempts to locate, collect, and preserve evidence from the crime scence at

[redacted] SAN DIEGO CA 92113

LATENT PRINTS:
I made attempts to lift latent prints: N
If NO, explain:

OTHER PHYSICAL EVIDENCE:
I made attempts to locate other physical evidence at the scene: Y
I recovered evidence listed in the spaces below (include photographs also):

| | |
|---|---|
| Item Description<br>4' METAL POLE | By Whom<br>HORVATH,JOHN 5886 |
| How Marked | Disposition<br>IMPOUNDED |
| Location Found<br>AT SCENE | Tag Number<br>10563322 |
| Item Description<br>6 PHOTOS OF VICTIM, WEAPON, AND SCENE | By Whom<br>HORVATH,JOHN 5886 |
| How Marked | Disposition<br>IMPOUNDED |
| Location Found<br>AT SCENE | Tag Number<br>10563321 |

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| STEPHANIE CHANG | 7119 | C2 | SDPD | 12/12/2015 | 20:26 |

(Revised 09/2013 Electronic)

*NEW CASE*
5 of 8

| CONTINUED FROM | SAN DIEGO REGIONAL CRIME/INCIDENT REPORT | PAGE | INCIDENT NUMBER / CASE NUMBER |
|---|---|---|---|
| CRIME REPORT | | 3 of 5 | 15120019308 / 15053385 |

**SYNOPSIS:**

Francis Morrison was outside the Walmart located at [redacted] when he was punched once in the face by David Bryan Turner Jr.. Michael Gleich intervened in an attempt to help Morrison and was struck with the metal pole on his inner right bicep.

There were two witnesses to the incident.

Turner is in custody.

**ORIGIN:**

On 12-12-15 at 1941 hours, I responded to [redacted] regarding a White male, Morrison, who was punched in the face by a Black male. The Black male was also reported to be swinging a metal pole at pedestrians near Walmart.

**BACKGROUND:**

None

**INVESTIGATION:**

Prior to my arrival, Officer Riis #6574 and Burnett #7118 indicated they had the suspect, later identified as David Bryan Turner Jr., detained on the west side of Walmart (refer to Officer Burnett's arrest report for further information). Officers Riss and Ramirez #6056 also spoke with witnesses of the incident. Upon arrival, I activated my body worn camera, contacted the victim, Francis Morrison, and obtained his statement. Before I obtained his statement, Officer Horvath #5886 took digital photographs of Morrison's injury, the four foot metal pole, and the crime scene. Officer Maraschiello #7350 spoke with a second victim, Michael Gleich, and obtained his statement (refer to Officer Maraschiello's A-9 for further information).

**Statement of Francis Joseph Morrison (victim):**

Morrison essentially told me the following:

I was standing right outside of the Walmart entrance because I was putting carts back into the cart holder. I saw a Black male (later identified as Turner) come up to one of the shopping carts and put some of his items, and a large metal pole inside the cart. Turner then took the cart and began

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| STEPHANIE CHANG | 7119 | C2 | SDPD | 12/12/2015 | 20:26 |

(Revised 09/2013 Electronic)

*NEW CASE*
6 of 8

| CONTINUED FROM | SAN DIEGO REGIONAL CRIME/INCIDENT REPORT | PAGE | INCIDENT NUMBER |
|---|---|---|---|
| CRIME REPORT | | 4 of 5 | 15120019308 |
| | | | CASE NUMBER 15053385 |

pushing it away from Walmart towards 21st Street. I went inside Walmart and told one of the security officers. The officer came out and told Turner not to take the cart. The officer walked back inside Walmart. He didn't do anything! So I felt I had to do something. I went up to Turner and told him not to take the cart. I noticed that Turner was talking to himself and was not paying attention to me. Turner then leaves his cart and walks into Walmart with the metal pole in his hand. He came back out a few seconds later, and went to his cart once again. It was at this time that he punched me once in my face with a closed fist. I don't remember which fist he punched me with. After he punched me, he began swinging the metal pole at me, but I quickly moved away from him so he did not hit me with the pole. He then began swinging the pole at other pedestrians near Walmart. He then stopped swinging the pole and began pushing his cart on 21st Street toward Commercial. I watched him from a distance until officers contacted him.

After I obtained Morrison's statement, I provided Morrison with a MARSY card and case number **15053385**. The security footage from Walmart was unable to capture the incident of the fight due to the incident being out of range of the surveillance videos' area.

## EVIDENCE:

1. CD of Morrison's injury, metal pole, and crime scene – barcode **10563321**
2. Metal pole – barcode **10563322**

## INJURIES:

Injury to Morrison's nose sustained from a punch

## PROPERTY DAMAGE:

None

## FOLLOW-UP:

Detective's discretion.

## RELATED REPORTS:

Officer Maraschiello #7350's victim A-9
Officer Burnett #7118's arrest report
Officer Riis #6574's witness A-9

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| STEPHANIE CHANG | 7119 | C2 | SDPD | 12/12/2015 | 20:26 |

(Revised 09/2013 Electronic)

| CONTINUED FROM | SAN DIEGO REGIONAL CRIME/INCIDENT REPORT | PAGE | INCIDENT NUMBER / CASE NUMBER |
|---|---|---|---|
| CRIME REPORT | | 5 of 5 | INCIDENT NUMBER 15120019308<br>CASE NUMBER 15053385 |

Officer Ramirez #6056's witness A-9

Approved By: Sgt. Owens #5602

Marsy's Card Has Been Issued

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| STEPHANIE CHANG | 7119 | C2 | SDPD | 12/12/2015 | 20:26 |

(Revised 09/2013 Electronic)

| | | | |
|---|---|---|---|
| | SAN DIEGO REGIONAL OFFICER'S REPORT | | INCIDENT NUMBER 15120019308 |
| CONTINUED FROM CRIME | | PAGE 1 of 1 | CASE NUMBER 15053385 |
| CODE SECTION AND DESCRIPTION PC / 245A1 / ASSAULT W/DEADLY WEAPON OTHER THAN FIREARM OR GBI FORCE | DATE 12/12/2015 | DAY OF WEEK Saturday | TIME 19:27 |
| LOCATION OF INCIDENT (OR ADDRESS) [redacted] | | CITY SAN DIEGO | BEAT 512 |
| Body Camera: Body Camera Evidence Collected | | | |

**OFFICER'S STATEMENT:**

On 12-12-15, at 1930 hours, I responded to the Walmart at [redacted]. for a disturbance involving a black male with a pole. The black male was reported to be threatening people with th pole, and wearing a military hat.

I arrived on scene and a group of citizens were pointing to a male on the west side of the Walmart. I saw a black male, later identified as David Turner, walking towards Commercial St. He was wearing a military hat and holding a metal pipe about five feet long. I actived my BWC and ordered Turner to stop and sit on the ground. Turner dropped the pipe and sat on the ground. He was yelling. SGT. Garrette #5583 arrived to cover me and I handcuffed Turner. I asked Turner what the disturbance was about. Turner told me the following:

**STATEMENTS:**

**Statement of David Turner (suspect; pre-arrest):**

The Walmart employees were harrasing him. He was a customer and they would not let him take a shopping cart. An old man called Turner a "bitch." The employees harrasss him "24-7." The old man's nose was bleeding because he was in the way.

Officer Burnett #7118 took custody of Turner. A shopper came out of the Walmart and told me she witnessed Turner (standing by Officer Burnett's police car) threatening people with a pole. I took her statement.

**Statement of Angela Moschera (witness):**

Moschera parked in the lot across the street and was walking to Walmart. She saw Turner yelling threatening a group of people with a large metal pipe. Turner was holding the pipe above and behind his head with both hands. He was pointing the pipe at one perticular person and yelling, "I'm going to get you." Turner was also yelling about money. A group of females were standing in the way to prevent Turner from attacking the person he was yelling at. Moschera does not know who Turner was yelling at.

Approved by: P.T. Vinson #3430, Sgt.

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| DANIEL RIIS | 6574 | C3 | SDPD | 12/12/2015 | 20:19 |

(Revised 09/2013 Electronic)

# SAN DIEGO REGIONAL
# ADDITIONAL VICTIMS AND/OR WITNESSES

| PAGE | INCIDENT NUMBER / CASE NUMBER |
|---|---|
| | INCIDENT NUMBER: 15120019308 |
| 1 of 1 | CASE NUMBER: 15053385 |

## VICTIM / WITNESS

| | | W TYPE | NAME (LAST, FIRST, MIDDLE / OR ORGANIZATION) |
|---|---|---|---|
| W | | 06 | Moschera, Angela Marie |

| RESIDENCE ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| [redacted] | SAN DIEGO | CA | [redacted] |

| RACE | SEX | DATE OF BIRTH | VICTIM INJURED | EXTENT OF TREATMENT | INTERPRETER REQUIRED | LANGUAGE | RELATION TO: VICTIM | RELATION TO: SUSPECT | V/W ASSIST |
|---|---|---|---|---|---|---|---|---|---|
| W | F | [redacted]/1989 | | | | | STRNG | STRNG | N |

| ID |
|---|
| CI [redacted] |

| STATUS | EMPLOYER (RANK IF MILITARY) | BUSINESS ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | | | | | |

| ADDITIONAL INFORMATION |
|---|
| |

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| DANIEL RIIS | 6574 | C3 | SDPD | 12/12/2015 | 21:03 |

(Revised 09/2013 Electronic)

*NEW CASE*
8 of 8

| CONTINUED FROM | SAN DIEGO REGIONAL ARREST/JUVENILE CONTACT REPORT | PAGE | INCIDENT NUMBER |
|---|---|---|---|
| ARREST | | 2 of 2 | 15120019308 |

**OFFICER'S STATEMENT:**

On 12/12/15, at approximately 1927 hours, I was dispatched to a radio call of a male swinging a metal pipe at a person.

I arrived on scene and assisted Officer Riis #6574 with the suspect (later identified as David Turner). I took custody of Turner and escorted him to my patrol vehicle. Officer Riis gave me the metal pole. I took the metal pole to my police vehicle. Officer Chang #7119 advised me Turner had used the metal pole as part of the crime and would be arrested for 245(a) (1) PC – assault with a deadly weapon. I searched Turner incident to arrest and found nothing on his person.

Turner was agitated and was yelling at everyone in the vicinity. I asked Turner if he would be willing to give a statement. Turner told me he would talk. I notified Turner he was under arrest. I admonished Turner directly from my PD-145. Turner said "yes" to both questions after interrupting me several times.

I asked Turner the following questions and he gave me his paraphrased responses below.

**STATEMENT OF David Turner (Suspect / Paraphrased):**

Turner had just bought chicken in Wal Mart. He walked outside and was confronted by Francis Morrison. Morrison called Turner's dead grandmother a "Bitch" after claiming he was 100% Cherokee Indian. This infuriated Turner. Turner, "may have slapped" Morrison. Morrison's mouth was bleeding because, "he was talking too much."

Turner had a metal pole with him. He raised it in self defense, but never swung it.

Turner continued to make rambling statements about conspiracy. I gave the metal pipe to Officer Horvath #5886 to impound. I transported Turner to Headquarters for processing.

I transported, processed, and booked Turner into Central Jail.

Approved by: A/Sgt. J. Zdunich #6064

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| JAMES BURNETT | 7118 | C2 | SDPD | 12/12/2015 | 22:54 |

(Revised 09/2013 Electronic)

Booking Number: 15780644

# SAN DIEGO REGIONAL ARREST/JUVENILE CONTACT REPORT

| REPORT TYPE | | | | INCIDENT NUMBER |
|---|---|---|---|---|
| ARREST | | | | 15120019308 |

| WARRANT | AGENCY | ARREST DATE | TIME | BEAT | PAGE |
|---|---|---|---|---|---|
| NONE | SDPD | 12/12/2015 | 20:15 | 512 | 1 of 2 |

RELATED REPORTS (TYPE & NUMBER)

## ARRESTEE INFORMATION

CHARGE(S)
PC 245a1 ASSAULT W/DEADLY WEAPON OTHER THAN FIREARM OR GBI FORCE

CHARGE(S)
PC 245a1 ASSAULT W/DEADLY WEAPON OTHER THAN FIREARM OR GBI FORCE

| PERSON ARRESTED (L, F M) | NICKNAME | ADULT RELEASES |
|---|---|---|
| Turner, David Bryan | | |

| RACE | SEX | AGE | DOB | PLACE OF BIRTH | HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| B | M | 36 | 07/17/1979 | sn diego | 6'02" | 200 | THI | BRO | BRO |

ALIAS/MAIDEN NAME (L, F M)

| ARRESTEE'S ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| (TRANSIENT) | | | |

| EMPLOYER/SCHOOL | MILITARY | OCCUPATION/RANK | BUS/MILITARY ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| UNEMPLOYED | N | | | | | |

CONTACT
HOME PHONE [redacted]

| EMERGENCY CONTACT/NEXT OF KIN(L, F M) | EMERGENCY ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | | | |

| IS SUBJECT A SUSPECTED USER OF NARCOTICS/DRUGS? | INTERPRETER REQUIRED | LANGUAGE | SUSPECT'S RELATION TO VICTIM(S) |
|---|---|---|---|
| Y | | | STRNG |

## ARREST / OFFENSE

| LOCATION OF ARREST | CITY | BEAT |
|---|---|---|
| [redacted] | SAN DIEGO | 512 |

| LOCATION OF OFFENSE | CITY | BEAT |
|---|---|---|
| [redacted] | SAN DIEGO | 512 |

| OFFENSE DATE | OFFENSE TIME | CITIZEN ARREST | ARRESTING OFFICER | I.D. | ADMONISHED BY | I.D. |
|---|---|---|---|---|---|---|
| 12/12/2015 | 19:27 | N | BURNETT, JAMES | 7118 | BURNETT, JAMES | 7118 |

DO YOU UNDERSTAND EACH OF THESE RIGHTS I HAVE EXPLAINED TO YOU? yes

| HAVING IN MIND AND UNDERSTANDING YOUR RIGHTS AS I HAVE TOLD YOU, ARE YOU WILLING TO TALK WITH US? | STATEMENT |
|---|---|
| yes | Y |

## ARRESTEE DESCRIPTION

| HAIR LENGTH/TYPE | HAIR STYLE | FACIAL HAIR | COMPLEXION | SPEECH | VOICE |
|---|---|---|---|---|---|
| 5 SHORT FINE | 4 GREASY | 7 NONE/FUZZ | 5 MEDIUM | 3 MUMBLES | 5 MEDIUM |

ID
SS[redacted]

| FURTHER SUSPECT DESCRIPTION (I.E., GLASSES, TATTOOS, TEETH, BIRTHMARKS, JEWELRY, SCARS, MANNERISMS, ETC.) | UNDOCUMENTED PERSON |
|---|---|
| | |

CLOTHING DESCRIPTION
camoflauge hat, black t shirt, blue jeans, black shoes

## EVIDENCE

Body Camera
Body Camera Evidence Collected

| PROPERTY TAG NOS. | DISPOSITION OF EVIDENCE |
|---|---|
| None | |

| REPORTING OFFICER | I.D. # | DIVISION | AGENCY | DATE OF REPORT | TIME |
|---|---|---|---|---|---|
| JAMES BURNETT | 7118 | C2 | SDPD | 12/12/2015 | 22:54 |

(Revised 09/2013 Electronic)

*NEW CASE* 1 of 3

FILED
APR 15 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** DAVID B TURNER JR

**DEFENDANTS** WALMART

(b) County of Residence of First Listed Plaintiff SAN DIEGO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

'16CV0947BEN JLB

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
DAVID B. TURNER JR
446 Alta Rd San Diego Ca. 92158

Attorneys *(If Known)*
2121 Imperial Ave
San Diego, California

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Lability to Customers for racism
Brief description of cause: RACISM, Unfair Practices, verbal Assaults

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 7,000,000.00
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE N-A DOCKET NUMBER N-A

DATE 4-9-2016 SIGNATURE OF ATTORNEY OF RECORD DT (Pro Per)

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

David B. Turner Jr. (Pro Per)
BKG#15780644 Cell#231 BLD#4B
446 Alta Rd Suite#5300
San Diego California 92158

SAN DIEGO CA 920
11 APR 2016 PM 10 L

FOREVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
333 West Broadway Suite#420
San Diego, California 92101

LEGAL MAIL

92101$3802 C037

AB3644

LEGAL MAIL

SENT ON 4/9/2016

RECEIVED
APR 13 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA